*Henry F. Miller* for appellants.

*Carl Sherman,* Attorney-General (*C. T. Dawes* and *Laurence Graves* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

The People of the State of New York ex rel. The Woodhaven Gas Light Company, Appellant, *v.* The Public Service Commission of the State of New York, Respondent.

*Gas and electricity — constitutional law — confiscatory order — certiorari to review direction of public service commission that relator extend its gas mains and service properly dismissed.*

*People ex rel. Woodhaven Gas Light Co.* v. *Public Service Comm.,* 203 App. Div. 369, affirmed.

(Argued April 19, 1923; decided May 8, 1923.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1922, which dismissed a writ of certiorari and confirmed the proceedings of the public service commission in directing the relator to extend its gas mains and service in the fourth ward of the borough of Queens so as to reasonably serve with gas the residents of Locust Manor, Locust Lawn, South Jamaica Place, Springfield and Laurelton. The Appellate Division found upon the record that there was sufficient evidence to sustain the finding that there was a necessity and a demand for the extension of the relator's service in question and that there was a duty upon the relator to supply the needs of the residents of the communities in question if practicable, and on the review of all the evidence in the case it was shown that it was practicable for the relator to make the extension of the service in question and dismissed the writ of certiorari. On this appeal from the order dismissing said writ, the relator contended that the order of the public service commission was illegal and void in that it was contrary to the pro-

visions of the Federal and State Constitutions which provide that the relator's property shall not be taken without due process of law.

*William N. Dykman* and *Jackson A. Dykman* for appellant.

*Edward M. Deegan* and *Ledyard P. Hale* for Public Service Commission, respondent.

*James E. Finegan* for Central Gas Committee, intervening.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of EDWARDS D. EMERSON et al., Constituting the Board of Education of the City of Buffalo, Appellants, against FRANK X. SCHWAB et al., Constituting the Council of the City of Buffalo, Respondents.

*Buffalo (city of) — application by board of education for mandamus to compel council to issue bonds to raise money to erect school buildings denied.*

*Matter of Emerson* v. *Schwab*, 206 App. Div. 647, affirmed.

(Argued April 19, 1923; decided May 8, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 7, 1923, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel the defendants to issue bonds of the city of Buffalo for the purpose of obtaining funds for the erection of certain school buildings. The basis of the application was a resolution of defendant council adopted in January, 1919, approving a resolution of the board of education recommending the purchase of sites and erection of twelve intermediate schools. The application was resisted by the respondents on the ground, *first*, that the time and method of issuing bonds was vested in the sound discretion of the council, and that no abuse of such discretion arose until there was a default